```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**RHONDA FRAZIER,**                  :
          **Petitioner,**           :
**vs.**                              : CIVIL ACTION NO. 12-00568-KD-B
**HUEY HOSS MACK,**                  :
          **Respondent.**           :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice due to Petitioner's failure to prosecute.

    **DONE** this 13th of November, **2012.**

                                      s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**